| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY | |
| **Caption in Compliance with D.N.J. LBR 9004-1**<br><br>DENISE CARLON, ESQUIRE<br>KML LAW GROUP, P.C.<br>Sentry Office Plz<br>216 Haddon Ave.<br>Suite 406<br>Westmont, NJ 08018<br>dcarlon@kmllawgroup.com<br>Attorneys for Movant<br>Wells Fargo Bank, N.A., As Trustee For the Certificateholders of Mastr Asset-Back Securities Trust 2007-NCW, Mortgage Pass-Through Certificates, Series 2007-NCW | **Order Filed on November 5, 2019<br>by Clerk<br>U.S. Bankruptcy Court<br>District of New Jersey** |
| In Re:<br><br>Patricia S. Williams,<br><br>Debtor. | Case No.: 19-23665 VFP<br>Adv. No.:<br>Hearing Date: 9/5/19 @ 8:30 a.m.<br><br>Judge: Vincent F. Papalia |

## ORDER RESOLVING SECURED CREDITOR'S OBJECTION TO DEBTOR'S CHAPTER 13 PLAN

The relief set forth on the following pages, numbered two (2) through two (2) is hereby **ORDERED**

**DATED: November 5, 2019**

_____
**Honorable Vincent F. Papalia
United States Bankruptcy Judge**

Page 2
Debtors:     Patricia S. Williams
Case No.:    19-23665 VFP
Caption:     **ORDER RESOLVING SECURED CREDITOR'S OBJECTION TO DEBTOR'S CHAPTER 13 PLAN**

    This matter having been brought before the Court by KML Law Group, P.C., attorneys for Secured Creditor, Wells Fargo Bank, N.A., As Trustee For the Certificateholders of Mastr Asset-Back Securities Trust 2007-NCW, Mortgage Pass-Through Certificates, Series 2007-NCW, holder of a mortgage on real property located at 12 North 4th St, Paterson, NJ, 07522, Denise Carlon appearing, by way of objection to the confirmation of Debtor's Chapter 13 Plan, and this Court having considered the representations of attorneys for Secured Creditor and Stuart D. Gavzy, Esquire, attorney for Debtor, Patricia S. Williams, and for good cause having been shown;

    It **ORDERED, ADJUDGED and DECREED** that Secured Creditor will file a proof of claim prior to the proof of claim bar date; and

    It is **FURTHER ORDERED, ADJUDGED and DECREED** that Debtor shall pay the arrearage claim of Secured Creditor in full, when filed, through the Chapter 13 Plan; and

    It is **FURTHER ORDERED, ADJUDGED and DECREED** that Debtor is to make post-petition payments in accordance with the terms of the note, mortgage, and notices of payment change; and

    It is **FURTHER ORDERED, ADJUDGED and DECREED** that Debtor reserves the right to object to Secured Creditor's proof of claim; and

    It is **FURTHER ORDERED, ADJUDGED and DECREED** that Secured Creditor's objection to confirmation is hereby resolved.

United States Bankruptcy Court
District of New Jersey

In re:
Patricia S. Williams
       Debtor

Case No. 19-23665-VFP
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0312-2     User: admin     Page 1 of 1     Date Rcvd: Nov 05, 2019
                      Form ID: pdf903     Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Nov 07, 2019.
db         +Patricia S. Williams,   12 North 4th Street,   Paterson, NJ 07522-1323

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                                                                                                                             TOTAL: 0

        ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                                                                                                                 TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 07, 2019                                                 Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on November 5, 2019 at the address(es) listed below:
            Denise E. Carlon    on behalf of Creditor    Wells Fargo Bank, N.A., As Trustee For the
             Certificateholders of Mastr Asset-Back Securities Trust 2007-NCW, Mortgage Pass-Through
             Certificates, Series 2007-NCW dcarlon@kmllawgroup.com,   bkgroup@kmllawgroup.com
            Marie-Ann Greenberg    magecf@magtrustee.com
            Rebecca Ann Solarz    on behalf of Creditor    Wells Fargo Bank, N.A., As Trustee For the
             Certificateholders of Mastr Asset-Back Securities Trust 2007-NCW, Mortgage Pass-Through
             Certificates, Series 2007-NCW rsolarz@kmllawgroup.com
            Rebecca Ann Solarz    on behalf of Creditor    Wells Fargo Bank, N.A., as Trustee, et al...
             rsolarz@kmllawgroup.com
            Stuart D. Gavzy    on behalf of Debtor Patricia S. Williams stuart@gavzylaw.com,
             lesliebrown.paralegal@gmail.com;gavzysr82824@notify.bestcase.com
            U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
                                                                                                                                                            TOTAL: 6