**STUART D. GAVZY**
**8171 E. Del Barquero Drive**
**Scottsdale, Arizona, 85258**
**973-256-6080**
**Fax:480-452-1665**
**Email: stuart@gavzylaw.com**
Attorney for Debtor

**Order Filed on May 28, 2020**
**by Clerk**
**U.S. Bankruptcy Court**
**District of New Jersey**

_____

| | |
|---|---|
| IN THE UNITED STATES BANKRUPTCY COURT DISTRICT OF NEW JERSEY | : :  : CHAPTER 13 CASE |
| IN RE: Patricia S. Williams | : : : CASE NO. 19-23665 VFP : : : JUDGE: Papalia : : |
| DEBTOR : | : HEARING DATE: |

_____

**ORDER GRANTING OBJECTION TO CLAIM #1-1 FILED BY CREDIT ACCEPTANCE CORPORATION AS TO PRE-PETITION ARREARAGE AMOUNT**

The relief set forth on the following pages, numbered two (2) through _____2_____ is hereby **ORDERED**.

**DATED: May 28, 2020**

_____
**Honorable Vincent F. Papalia**
**United States Bankruptcy Judge**

**THIS CAUSE** coming on to be heard, and being heard, before the undersigned Judge of the United States Bankruptcy Court for District of New Jersey, pursuant to the Objection to claim of the creditor named above filed by the debtor; and

**IT APPEARING** to the undersigned that this court has jurisdiction over the parties and over the subject matter of this Objection; and

**IT FURTHER APPEARING** to the undersigned that all parties in interest received notice of this Objection and of the time, date and place of this hearing and that no such parties have filed any timely objections or otherwise appeared in opposition to the said Objection and that the time for filing any such objection has expired; and

**IT FURTHER APPEARING** to the undersigned that the relief requested by the debtors in her Objection is consistent with the applicable provisions of Title 11 of the United States Code and that the debtor have established good and sufficient cause to grant said relief; and

**IT FURTHER APPEARING** to the undersigned that the Objection of the debtor to proof of claim no.1-1 filed by Credit Acceptance Corporation as to the pre-petition vehicle arrears, should be sustained and Proof of claim #1-1 modified to remove this amount.

**IT FURTHER APPEARING** to the undersigned that the Chapter 13 Trustee should and is hereby directed to disallow the pre-petition arrear amount of $373.86 stated on Claim no.1-1 filed by Credit Acceptance Corporation; and

**IT IS THEREFORE SO ORDERED.**

This Order has been signed United States Bankruptcy Court
electronically. The judge's
signature and court's seal
appear at the top of the Order