

**Leslie Brown <lesliebrown.paralegal@gmail.com>**

## Fw: Payment Confirmation

Tue, Jan 25, 2022 at 10:29 AM

**From:** patpatricia
**To:** Stuart Gavzy <stuart@gavzylaw.com>
**Subject:** Fw: Payment Confirmation

Sent from the all new AOL app for Android

> ----- Forwarded Message -----
> **From:** "noreply@slspayment.com" <noreply@slspayment.com>
> **To:** "patpatricia1@verizon.net" <patpatricia1@verizon.net>
> **Sent:** Tue, Jan 25, 2022 at 11:15 AM
> **Subject:** Payment Confirmation
> Dear WILLIAMS, PATRICIA,
>
> Thank you for using the Mortgage Payment payment service. This communication is to confirm your payment authorization, on Jan 25,2022 at 11:15, for electronic debit from your funding account payable to Mortgage Payment. The following account(s) will be paid, in the total amount of $3,653.01.
>
> Account Number: ******7822
> Confirmation Number: 897170205
> Effective Date: Jan 25,2022

Payment Amount: $3,653.01
Amount Due: $3,653.01
Additional Principal: $0.00
Escrow Shortage: $0.00
Late Fees: $0.00

Payments received in proper form on a business day prior to 8:00 p.m. ET will be effective dated and processed as of the date of receipt. Payments posted through the ACI Official Payments system (online, 24-Hour automated support, or live representative) will be posted to the account on the same business day if the transaction is completed by 8:00 p.m. ET.

In the event the electronic debit to your funding account cannot be processed, a return payment fee (where otherwise permitted by state law) in the amount of $25 will be reflected on your statement and due the following billing cycle or upon request.

If you have any questions, concerns or require clarification regarding this correspondence, please call the Customer Care Department at 1-800-315-4757 Monday through Friday, 6:00 AM until 6:00 PM MT. We accept calls from relay services.