UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with**
**D.N.J.LBR 9004-1**

**STEWART LEGAL GROUP, P.L**.
*Formed in the State of Florida*
Gavin N. Stewart, Esq.
*Of Counsel to Bonial & Associates, P.C.*
401 East Jackson Street, Suite 2340
Tampa, FL 33602
Tel: 813-371-1231/Fax: 813-371-1232
E-mail: gavin@stewartlegalgroup.com
*Attorney for Specialized Loan Servicing LLC as servicing agent for Wells Fargo Bank, N.A. as Trustee for the MASTR Asset Backed Securities Trust 2007-NCW Mortgage Pass-Through Certificates Series 2007-NCW*

Order Filed on February 23, 2022
by Clerk
U.S. Bankruptcy Court
District of New Jersey

In re:

Patricia S. Williams
*aka* Patricia Morris

                                Debtor.

Chapter 13

Case No. 19-23665-VFP

Hearing Date: February 17, 2022

Judge Vincent F. Papalia

**AMENDED CONSENT ORDER RESOLVING**
**MOTION TO VACATE AUTOMATIC STAY**

The relief set forth on the following pages is hereby **ORDERED**.

**DATED: February 23, 2022**

_____
**Honorable Vincent F. Papalia**
**United States Bankruptcy Judge**

Debtor:              Patricia S. Williams
Case No.:            19-23665-VFP
Caption of Order:    **AMENDED CONSENT ORDER RESOLVING MOTION TO**
                     **VACATE AUTOMATIC STAY**

THIS MATTER having been opened to the Court upon the Motion to Vacate the Automatic

Stay ("Motion") filed by Specialized Loan Servicing LLC as servicing agent for Wells Fargo Bank,

N.A. as Trustee for the MASTR Asset Backed Securities Trust 2007-NCW Mortgage Pass-

Through Certificates Series 2007-NCW ("Creditor"), whereas the post-petition arrearage amount

was $1,646.97, as of February 11, 2022, and whereas the Debtor and Creditor seek to resolve the

Motion, it is hereby **ORDERED**:

1.      The automatic stay provided under 11 U.S.C. §362(a) shall remain in effect as to

Creditor's interest in the following property: **12 North 4th Street, Paterson, New Jersey 07522\***

("Property") provided that the Debtors comply with the following:

   a.   On or before March 1, 2022 and continuing monthly on or before the 1st day of each

        consecutive month until paid in full, the Debtor shall cure the post-petition

        arrearage amount by making **six (6) monthly payments** of **$274.50** each directly

        to Creditor; and

   b.   In addition to the above payments, the Debtor shall resume making the regular

        monthly payments to Creditor as they become due beginning with the **March 1,**

        **2022 payment** and continuing thereafter in accordance with the underlying loan

        documents.

2.      All payments due hereunder shall be sent directly to Creditor at the following

address: **Specialized Loan Servicing LLC, 6200 S. Quebec Street, Greenwood Village, CO**

**80111**.

3.      The Debtors will be in default under the Consent Order in the event that the Debtors

fail to comply with the payment terms and conditions set forth in above paragraphs and/or if the

Debtors fail to make any payment due to Creditor under the Chapter 13 Plan.

4.      If the Debtors fail to cure the default within thirty (30) days from the date of default,

Creditor may submit a Certificate of Default to the Court on fourteen (14) days' notice to counsel

for Debtors and the Chapter 13 Trustee for an order lifting the automatic stay imposed under 11

U.S.C. § 362(a) and permitting Creditor to exercise any rights under the loan documents with

respect to the Property.

5.      Creditor is awarded reimbursement of attorney fees and costs in the amount of

$350.00 and $188.00 respectfully, to be paid through the Chapter 13 Plan.*

**STIPULATED AND AGREED**:


*/s/ Stuart D. Gavzy*                                          */s/Gavin N. Stewart*
Stuart D. Gavzy, Esq.                                    Gavin N. Stewart, Esq.
8171 E. Del Barquero Dr.                              Stewart Legal Group, P.L.
Scottsdale, AZ 85258                                   401 East Jackson Street, Suite 2340
*Counsel to Debtor*                                       Tampa, FL 33602
                                                                     *Counsel to Creditor*


\*
This order amends and supersedes prior order entered on February 18, 2022
containing incorrect property address.