Form 137 − aplccmpn

**UNITED STATES BANKRUPTCY COURT**

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

                Case No.:  19−23665−VFP
                Chapter:  13
                Judge:  Vincent F. Papalia

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Patricia S. Williams
   aka Patricia Morris
   12 North 4th Street
   Paterson, NJ 07522

Social Security No.:
   xxx−xx−6006

Employer's Tax I.D. No.:

**NOTICE OF HEARING ON APPLICATION FOR COMPENSATION**

    NOTICE IS HEREBY GIVEN that there will be a hearing held before the honorable Vincent F. Papalia on:

Date:     11/17/22
Time:     02:00 PM
Location:    Courtroom 3B, Martin Luther King, Jr. Federal Building, 50 Walnut Street, 3rd Floor, Newark, NJ 07102

for the purpose of acting on applications for compensation. Attendance by debtor(s) or creditors is welcome, but not required.

    The following applications for compensation have been filed:

APPLICANT(S)
Stuart D. Gavzy, Debtor's Attorney,
period: 4/27/2020 to 10/20/2022

COMMISSION OR FEES
$1300.00

EXPENSES
$0.00

If this is a chapter 13 case, the fees and expenses awarded:

    ☑    will not reduce the amount to be paid to general unsecured
           creditors under the plan.

    ☐    will reduce the amount to be paid to general unsecured
           creditors under the plan as follows:

Debtor(s) or other parties who wish to object must file an objection not later than 7 days prior to the hearing date. Objections must be filed with the Court and served on the applicant and other interested parties.

An appearance is not required on an application for compensation unless an objection is filed.

Dated: October 21, 2022
JAN:

                                                Jeanne Naughton
                                                Clerk

United States Bankruptcy Court

District of New Jersey

| | |
|---|---|
| In re: | Case No. 19-23665-VFP |
| Patricia S. Williams | Chapter 13 |
| Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0312-2 | User: admin | Page 1 of 2 |
| Date Rcvd: Oct 21, 2022 | Form ID: 137 | Total Noticed: 17 |

The following symbols are used throughout this certificate:
**Symbol    Definition**

+    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 23, 2022:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Patricia S. Williams, 12 North 4th Street, Paterson, NJ 07522-1323 |
| cr | + | Specialized Loan Servicing LLC, P.O. Box 340514, Tampa, FL 33694-0514 |

TOTAL: 2

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: usanj.njbankr@usdoj.gov | Oct 21 2022 20:48:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |
| smg | + | Email/Text: ustpregion03.ne.ecf@usdoj.gov | Oct 21 2022 20:48:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |
| cr | + | Email/PDF: gecsedi@recoverycorp.com | Oct 21 2022 20:47:08 | Synchrony Bank, c/o PRA Recievables Management, LL, POB 41021, Norfolk, VA 23541-1021 |
| 518467404 | | Email/PDF: Citi.BNC.Correspondence@citi.com | Oct 21 2022 20:46:57 | Citibank, N.A., 5800 S Corporate Pl, Sioux Falls, SD 57108-5027 |
| 518351287 | + | Email/Text: ebnnotifications@creditacceptance.com | Oct 21 2022 20:47:00 | Credit Acceptance Corp, 25505 W. Twelve Mile Road, #3000, Southfield, MI 48034-8331 |
| 518467397 | | Email/Text: bnc-quantum@quantum3group.com | Oct 21 2022 20:48:00 | Department Stores National Bank, c/o Quantum3 Group LLC, PO Box 657, Kirkland, WA 98083-0657 |
| 518473578 | | Email/Text: ar@figadvisors.com | Oct 21 2022 20:48:00 | FIG as Custodian for FIG NJ18, LLC and Secured Par, PO Box 54472, New Orleans Louisiana 70154-4472 |
| 519243531 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Oct 21 2022 20:46:56 | Portfolio Recovery Associates, LLC, PO Box 41067, Norfolk, VA 23541 |
| 519243532 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Oct 21 2022 20:47:10 | Portfolio Recovery Associates, LLC, PO Box 41067, Norfolk, VA 23541, Portfolio Recovery Associates, LLC, PO Box 41067, Norfolk, VA 23541 |
| 518467676 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Oct 21 2022 21:02:26 | Portfolio Recovery Associates, LLC, c/o Gap, POB 41067, Norfolk VA 23541 |
| 518456541 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Oct 21 2022 20:47:03 | Portfolio Recovery Associates, LLC, c/o Lord & Taylor, POB 41067, Norfolk VA 23541 |
| 518350764 | + | Email/Text: bkelectronicnoticecourtmail@computershare.com | Oct 21 2022 20:48:00 | Specialized Loan Services, 6200 S. Quebec Street, Greenwood Village, CO 80111-4720 |
| 518350976 | + | Email/PDF: gecsedi@recoverycorp.com | Oct 21 2022 20:47:08 | Synchrony Bank, c/o of PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 518413649 | + | Email/Text: Atlanticus@ebn.phinsolutions.com | Oct 21 2022 20:48:00 | The Bank of Missouri, PO Box 105555, Atlanta, |

Case 19-23665-VFP    Doc 45    Filed 10/23/22    Entered 10/24/22 00:14:40    Desc Imaged
Certificate of Notice    Page 4 of 4

| District/off: 0312-2 | User: admin | Page 2 of 2 |
|---|---|---|
| Date Rcvd: Oct 21, 2022 | Form ID: 137 | Total Noticed: 17 |

| 518469218 | + | Email/Text: bkelectronicnoticecourtmail@computershare.com Oct 21 2022 20:48:00 | GA 30348-5555 Wells Fargo Bank, N.A. Trustee (See 410), c/o Specialized Loan Servicing LLC, 8742 Lucent Blvd, Suite 300, Highlands Ranch, Colorado 80129-2386 |
|---|---|---|---|

TOTAL: 15

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 518350765 | *+ | Specialized Loan Services, 6200 S. Quebec Street, Greenwood Village, CO 80111-4720 |
| 518472862 | *+ | Wells Fargo Bank, N.A. Trustee (See 410), c/o Specialized Loan Servicing LLC, 8742 Lucent Blvd, Suite 300, Highlands Ranch, Colorado 80129-2386 |

TOTAL: 0 Undeliverable, 2 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 23, 2022              Signature:      /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on October 20, 2022 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Denise E. Carlon | on behalf of Creditor Wells Fargo Bank N.A., as Trustee, et al... dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com |
| Denise E. Carlon | on behalf of Creditor Wells Fargo Bank N.A., As Trustee For the Certificateholders of Mastr Asset-Back Securities Trust 2007-NCW, Mortgage Pass-Through Certificates, Series 2007-NCW dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com |
| Gavin Stewart | on behalf of Creditor Specialized Loan Servicing LLC bk@stewartlegalgroup.com |
| Marie-Ann Greenberg | magecf@magtrustee.com |
| Stuart D. Gavzy | on behalf of Debtor Patricia S. Williams stuart@gavzylaw.com lesliebrown.paralegal@gmail.com;gavzysr82824@notify.bestcase.com;4635996420@filings.docketbird.com;ecf123@casedriver.com |
| U.S. Trustee | USTPRegion03.NE.ECF@usdoj.gov |

TOTAL: 6