UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

Stuart D. Gavzy, Esq
Stuart D. Gavzy, Esquire
8171 E. Del Barquero Drive
Scottsdale, AZ 85258
973-256-6080
Fax:480-452-1665
Attorney for Debtor

Order Filed on December 6, 2022
by Clerk
U.S. Bankruptcy Court
District of New Jersey

In Re:
Patricia S. Williams

Case No.: 19-23665 VFP
Chapter: 13
Judge: VFP

# ORDER GRANTING SUPPLEMENTAL CHAPTER 13 FEES

The relief set forth on the following page is **ORDERED**.

**DATED: December 6, 2022**

_____
**H**onorable Vincent F. Papalia
**United States Bankruptcy Judge**

The applicant having certified that legal work supplemental to basic chapter 13 services has been rendered, and no objections having been raised, it is:

ORDERED that _____Stuart D. Gavzy_____, the applicant, is allowed a fee of $ _____1300.00_____ for services rendered and expenses in the amount of $_____0.00_____ for a total of $_____1300.00_____ . The allowance is payable:

☒ through the Chapter 13 plan as an administrative priority.

☐ outside the plan.

The debtor's monthly plan is modified to require a payment of $_____318.00_____ per month for _____21_____ months to allow for payment of the above fee. Payment increase begins November 1, 2022

*rev.8/1/15*