Form ntchrgbk

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

Case No.: 19−23665−VFP
Chapter: 13
Judge: Vincent F. Papalia

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
  Patricia S. Williams
  aka Patricia Morris
  12 North 4th Street
  Paterson, NJ 07522

Social Security No.:
  xxx−xx−6006

Employer's Tax I.D. No.:

## NOTICE OF HEARING

PLEASE TAKE NOTICE that a hearing will be held at

Courtroom 3B, Martin Luther King, Jr. Federal Building, 50 Walnut Street, 3rd Floor, Newark, NJ 07102

on 2/16/23 at 10:00 AM

to consider and act upon the following:

*52* − Creditor's Certification of Default (related document:41 Amended Order (Generic)) filed by Gavin Stewart on behalf of Specialized Loan Servicing LLC. Objection deadline is 01/26/2023. (Attachments: # 1 Certification # 2 Exhibit Amended Consent Order # 3 Proposed Order # 4 Certificate of Service) (Stewart, Gavin)

*54* − in Opposition to (related document:52 Creditor's Certification of Default (related document:41 Amended Order (Generic)) filed by Gavin Stewart on behalf of Specialized Loan Servicing LLC. Objection deadline is 01/26/2023. (Attachments: # 1 Certification # 2 Exhibit Amended Consent Order # 3 Proposed Order # 4 Certificate of Service) filed by Creditor Specialized Loan Servicing LLC) filed by Stuart D. Gavzy on behalf of Patricia S. Williams. (Gavzy, Stuart)

Dated: 1/26/23

Jeanne Naughton
Clerk, U.S. Bankruptcy Court