UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J.LBR 9004-1**

**STEWART LEGAL GROUP, P.L.**
*Formed in the State of Florida*
Gavin N. Stewart, Esq.
*Of Counsel to Bonial & Associates, P.C.*
401 East Jackson Street, Suite 2340
Tampa, FL 33602
Tel: 813-371-1231/Fax: 813-371-1232
E-mail: gavin@stewartlegalgroup.com *Attorney for Specialized Loan Servicing LLC as servicing agent for Wells Fargo Bank, N.A. as Trustee for the MASTR Asset Backed Securities Trust 2007-NCW Mortgage Pass-Through Certificates Series 2007-NCW*

In re:

Patricia S. Williams
*aka* Patricia Morris

Debtor.

Order Filed on February 17, 2023
by Clerk
U.S. Bankruptcy Court
District of New Jersey

Chapter 13

Case No. 19-23665-VFP

Hearing Date: February 16, 2023

Judge Vincent F. Papalia

# CONSENT ORDER RESOLVING
# CREDITOR'S CERTIFICATION OF DEFAULT

The relief set forth on the following pages is hereby **ORDERED**.

**DATED: February 17, 2023**

_____
**Honorable Vincent F. Papalia**
**United States Bankruptcy Judge**

Debtor: Patricia S. Williams
Case No.: 19-23665-VFP
Caption of Order: **CONSENT ORDER RESOLVING CREDITOR'S CERTIFICATION OF DEFAULT**

THIS MATTER having been opened to the Court upon the Creditor's Certification of Default ("COD") filed by Specialized Loan Servicing LLC as servicing agent for Wells Fargo Bank, N.A. as Trustee for the MASTR Asset Backed Securities Trust 2007-NCW Mortgage Pass-Through Certificates Series 2007-NCW ("Creditor"), whereas the post-petition arrearage amount was $3,862.67, as of February 11, 2023, and whereas the Debtor and Creditor seek to resolve the COD, it is hereby **ORDERED**:

1. The automatic stay provided under 11 U.S.C. §362(a) shall remain in effect as to Creditor's interest in the following property: **12 North 4th Street, Paterson, New Jersey 07522** ("Property") provided that the Debtors comply with the following:

    a. On or before March 1, 2026 and continuing monthly on or before the 1st day of each consecutive month until paid in full, the Debtor shall cure the post-petition arrearage amount by making **two (2) monthly payments** of **$1,287.00** each and **one (1) monthly payment of $1,288.67** directly to Creditor; and

    b. In addition to the above payments, the Debtor shall resume making the regular monthly payments to Creditor as they become due beginning with the **March 1, 2023 payment** and continuing thereafter in accordance with the underlying loan documents.

2. All payments due hereunder shall be sent directly to Creditor at the following address: **Specialized Loan Servicing LLC, 6200 S. Quebec Street, Greenwood Village, CO 80111**.

3. The Debtors will be in default under the Consent Order in the event that the Debtors fail to comply with the payment terms and conditions set forth in above paragraphs and/or if the Debtors fail to make any payment due to Creditor under the Chapter 13 Plan.

4. If the Debtors fail to cure the default within thirty (30) days from the date of default, Creditor may submit a Certificate of Default to the Court on fourteen (14) days' notice to counsel for Debtors and the Chapter 13 Trustee for an order lifting the automatic stay imposed under 11 U.S.C. § 362(a) and permitting Creditor to exercise any rights under the loan documents with respect to the Property.

5. Creditor is awarded reimbursement of attorney fees in the amount of $250.00 to be paid through the Chapter 13 Plan.

**STIPULATED AND AGREED**:

*/s/ Stuart D. Gavzy*
Stuart D. Gavzy, Esq.
8171 E. Del Barquero Dr.
Scottsdale, AZ 85258
*Counsel to Debtor*

*/s/Gavin N. Stewart*
Gavin N. Stewart, Esq.
Stewart Legal Group, P.L.
401 East Jackson Street, Suite 2340
Tampa, FL 33602
*Counsel to Creditor*

United States Bankruptcy Court

District of New Jersey

In re:  Case No. 19-23665-VFP
Patricia S. Williams  Chapter 13
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0312-2      User: admin      Page 1 of 2
Date Rcvd: Feb 17, 2023      Form ID: pdf903      Total Noticed: 1

The following symbols are used throughout this certificate:
**Symbol     Definition**
+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Feb 19, 2023:**

| Recip ID | Recipient Name and Address |
|---|---|
| db | + Patricia S. Williams, 12 North 4th Street, Paterson, NJ 07522-1323 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 19, 2023      Signature:      /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on February 17, 2023 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Denise E. Carlon | on behalf of Creditor Wells Fargo Bank N.A., as Trustee, et al... dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com |
| Denise E. Carlon | on behalf of Creditor Wells Fargo Bank N.A., As Trustee For the Certificateholders of Mastr Asset-Back Securities Trust 2007-NCW, Mortgage Pass-Through Certificates, Series 2007-NCW dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com |
| Gavin Stewart | on behalf of Creditor Specialized Loan Servicing LLC bk@stewartlegalgroup.com |
| Marie-Ann Greenberg | magecf@magtrustee.com |
| Stuart D. Gavzy | on behalf of Debtor Patricia S. Williams stuart@gavzylaw.com lesliebrown.paralegal@gmail.com;gavzysr82824@notify.bestcase.com;4635996420@filings.docketbird.com;ecf123@casedriver.com |

| | | |
|---|---|---|
| District/off: 0312-2 | User: admin | Page 2 of 2 |
| Date Rcvd: Feb 17, 2023 | Form ID: pdf903 | Total Noticed: 1 |

U.S. Trustee
                    USTPRegion03.NE.ECF@usdoj.gov

TOTAL: 6