| |
|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY<br>Caption in Compliance with D.N.J. LBR 9004-2(c)<br>Marie-Ann Greenberg MAG-1284<br>Marie-Ann Greenberg, Standing Trustee<br>30 TWO BRIDGES ROAD<br>SUITE 330<br>FAIRFIELD, NJ  07004-1550<br>973-227-2840<br>Chapter 13 Standing Trustee |
| IN RE:<br><br>PATRICIA S. WILLIAMS |

Case No.:  19-23665

Adv. No.:

Hearing Date:  10/03/2024

Judge:  VFP

## CERTIFICATION OF SERVICE

1. I, Keith Guarneri, am a paralegal for Marie-Ann Greenberg, Chapter 13 Standing Trustee in the above captioned matter.

2. On, 09/03/2024, I sent a copy of the following pleadings and/or documents to the parties listed below:

   **Notice of Motion to Dismiss**

3. I hearby certify under penalty of perjury that the above documents were sent using the mode of service indicated.

Debtor:
PATRICIA S. WILLIAMS
12 NORTH 4TH STREET
PATERSON, NJ  07522
Mode of Service:  Regular Mail

Attorney for Debtor(s):
STUART D GAVZY ESQ
8171 E. DEL BARQUERO DRIVE
SCOTTSDALE, AZ  85258
Mode of Service:  ECF and/or Regular Mail

Dated:  September 03, 2024

By:  /S/  Keith Guarneri
Keith Guarneri