Marie-Ann Greenberg, Trustee
30 TWO BRIDGES ROAD
SUITE 330
FAIRFIELD, NJ  07004-1550

# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF NEW JERSEY

### TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS AS OF SEPTEMBER 10, 2024

#### Chapter 13 Case # 19-23665

Re:  PATRICIA S. WILLIAMS            Atty:  STUART D GAVZY ESQ
     12 NORTH 4TH STREET                    8171 E. DEL BARQUERO DRIVE
     PATERSON, NJ  07522                    SCOTTSDALE, AZ  85258

**PLEASE SEE SUMMARY SECTION FOR ESTIMATED BALANCE TO COMPLETE.**

**NOTE:  THIS IS A BASE PLAN IN THE AMOUNT OF $16,428.00**

### RECEIPTS    (Please Read Across)

| Date | Amount | Source Document No. | Date | Amount | Source Document No. |
|---|---|---|---|---|---|
| 08/06/2019 | $250.00 | 26025970858 | 09/04/2019 | $250.00 | 26052480314 |
| 10/02/2019 | $250.00 | 26012668522 | 11/05/2019 | $250.00 | 26012697502 |
| 12/05/2019 | $250.00 | 26304780958 | 12/27/2019 | $250.00 | 26304783456 |
| 02/05/2020 | $250.00 | 26304763140 | 03/04/2020 | $250.00 | 26510859123 |
| 04/07/2020 | $250.00 | 26510872353 | 05/08/2020 | $250.00 | 26634319288 |
| 06/10/2020 | $250.00 | 26790916746 | 07/08/2020 | $250.00 | 26634306363 |
| 08/07/2020 | $250.00 | 26634301323 | 09/09/2020 | $250.00 | 26814666014 |
| 10/06/2020 | $250.00 | 26814689392 | 11/10/2020 | $250.00 | 27085806887 |
| 12/16/2020 | $250.00 | 27085815336 | 01/07/2021 | $250.00 | 9586606234 |
| 01/11/2021 | $250.00 | 27085829400 | 02/10/2021 | $250.00 | 27085843170 |
| 03/10/2021 | $250.00 | 27345404913 | 04/09/2021 | $250.00 | 27194373898 |
| 04/09/2021 | ($250.00) | 1/7/21 958666234 | 05/11/2021 | $250.00 | 27345438606 |
| 06/15/2021 | $250.00 | 27462104436 | 07/21/2021 | $250.00 | 27462114360 |
| 08/18/2021 | $250.00 | 27644753147 | 09/17/2021 | $250.00 | 27678764970 |
| 10/19/2021 | $250.00 | 27702454555 | 11/29/2021 | $250.00 | 27712274398 |
| 12/27/2021 | $250.00 | 27842587200 | 01/24/2022 | $250.00 | 27842596975 |
| 03/11/2022 | $250.00 | 27991749960 | 04/04/2022 | $250.00 | 28125784102 |
| 05/05/2022 | $250.00 | 28125794665 | 06/06/2022 | $250.00 | 28126607578 |
| 07/29/2022 | $250.00 | 28126623475 | 09/06/2022 | $250.00 | 28282872137 |
| 09/06/2022 | $250.00 | 28140561685 | 10/18/2022 | $250.00 | 28282888203 |
| 11/22/2022 | $250.00 | 28445255008 | 12/29/2022 | $318.00 | 28445268881 |
| 01/25/2023 | $318.00 | 28445281604 | 02/28/2023 | $315.00 | 28445296386 |
| 04/10/2023 | $320.00 | 28676612992 | 04/25/2023 | $320.00 | 28676620912 |
| 05/31/2023 | $320.00 | 28676633771 | 06/21/2023 | $320.00 | 28676600965 |
| 08/07/2023 | $330.00 | 28938007473 | 09/19/2023 | $320.00 | 28938017564 |
| 10/04/2023 | $320.00 | 29067776482 | 11/20/2023 | $320.00 | 29067976012 |
| 12/12/2023 | $350.00 | 29067979612 | 02/06/2024 | $340.00 | 29067983414 |
| 03/26/2024 | $750.00 | 29139287894 | 03/27/2024 | $350.00 | 29139286588 |
| 04/15/2024 | $300.00 | 29280825088 | 05/16/2024 | $325.00 | 29242029374 |
| 07/01/2024 | $325.00 | 28911121198 | 07/31/2024 | $320.00 | 29494157185 |

**Chapter 13 Case # 19-23665**

| Date | Amount | Source Document No. | Date | Amount | Source Document No. |
|---|---|---|---|---|---|
| 09/04/2024 | $320.00 | 29505358462 | | | |

**Total Receipts: $16,651.00 - Amount Refunded to Debtor: $0.00 = Receipts Applied to Plan: $16,651.00**

## CLAIMS AND DISTRIBUTIONS

| Claim # | Claimant Name | Class | Allowed Claim | Percent to be Paid | Paid | Unpaid Balance * |
|---|---|---|---|---|---|---|
| TTE | TRUSTEE COMPENSATION | ADMIN | | | 1,025.75 | |
| ATTY | ATTORNEY | ADMIN | 4,050.00 | 100.00% | 4,050.00 | 0.00 |
| COURT | CLERK OF COURT | ADMIN | 0.00 | 100.00% | 0.00 | 0.00 |
| 0002 | SPECIALIZED LOAN SERVICING LLC | UNSECURED | 128,742.67 | * | 7,051.39 | |
| 0006 | SHELLPOINT MORTGAGE SERVICES | MORTGAGE ARRE | 1,790.92 | 100.00% | 1,790.92 | |
| 0007 | CREDIT ACCEPTANCE CORPORATION | VEHICLE SECURE | 0.00 | 100.00% | 0.00 | |
| 0008 | PRA RECEIVABLES MANAGEMENT LLC | UNSECURED | 5,231.23 | * | 309.00 | |
| 0009 | PRA RECEIVABLES MANAGEMENT LLC | UNSECURED | 1,075.66 | * | 63.54 | |
| 0010 | DEPARTMENT STORES NATIONAL BANK | UNSECURED | 1,226.06 | * | 72.42 | |
| 0011 | CITIBANK NA | UNSECURED | 2,786.74 | * | 164.62 | |
| 0012 | PRA RECEIVABLES MANAGEMENT LLC | UNSECURED | 545.90 | * | 27.70 | |
| 0013 | CITIBANK NA | UNSECURED | 2,836.64 | * | 167.56 | |
| 0014 | FIG NJ18, LLC and Secured Party | SECURED | 277.73 | 100.00% | 277.73 | |
| 0015 | SHELLPOINT MORTGAGE SERVICES | (NEW) MTG Agree | 788.00 | 100.00% | 788.00 | |

**Total Paid: $15,788.63**
See Summary

## LIST OF PAYMENTS TO CLAIMS    (Please Read Across)

| Claimant Name | Date | Amount | Check # | Date | Amount | Check # |
|---|---|---|---|---|---|---|
| CITIBANK NA | | | | | | |
| | 06/21/2021 | $6.24 | 871848 | 06/21/2021 | $6.35 | 871849 |
| | 08/16/2021 | $9.34 | 875365 | 08/16/2021 | $9.17 | 875364 |
| | 10/18/2021 | $9.20 | 878862 | 10/18/2021 | $9.36 | 878863 |
| | 01/10/2022 | $9.46 | 883861 | 01/10/2022 | $9.30 | 883859 |
| | 02/14/2022 | $9.46 | 885535 | 02/14/2022 | $9.29 | 885533 |
| | 07/18/2022 | $8.37 | 894077 | 07/18/2022 | $8.51 | 894078 |
| | 10/17/2022 | $14.13 | 898904 | 10/17/2022 | $14.40 | 898905 |
| | 05/15/2023 | $8.33 | 909863 | 05/15/2023 | $8.48 | 909864 |
| | 07/17/2023 | $11.71 | 912838 | 07/17/2023 | $11.92 | 912839 |
| | 09/18/2023 | $6.04 | 915853 | 09/18/2023 | $6.14 | 915854 |
| | 10/16/2023 | $5.87 | 917354 | 10/16/2023 | $5.98 | 917355 |
| | 11/13/2023 | $5.86 | 918783 | 11/13/2023 | $5.76 | 918782 |
| | 12/11/2023 | $5.76 | 920203 | 12/11/2023 | $5.86 | 920204 |
| | 01/08/2024 | $6.41 | 921606 | 01/08/2024 | $6.29 | 921605 |
| | 03/11/2024 | $6.12 | 924397 | 03/11/2024 | $6.23 | 924398 |
| | 04/15/2024 | $19.80 | 925812 | 04/15/2024 | $20.15 | 925813 |
| | 05/10/2024 | $5.40 | 927306 | 05/10/2024 | $5.50 | 927307 |
| | 06/17/2024 | $5.85 | 928675 | 06/17/2024 | $5.95 | 928676 |
| | 08/19/2024 | $11.99 | 931576 | 08/19/2024 | $12.20 | 931577 |

**Chapter 13 Case # 19-23665**

| Claimant Name | Date | Amount | Check # | | Date | Amount | Check # |
|---|---|---|---|---|---|---|---|
| DEPARTMENT STORES NATIONAL BANK | | | | | | | |
| | 08/16/2021 | $6.78 | 875757 | | 11/17/2021 | $6.09 | 880981 |
| | 02/14/2022 | $6.14 | 885963 | | 08/15/2022 | $5.75 | 896055 |
| | 05/15/2023 | $7.82 | 910284 | | 07/17/2023 | $5.15 | 913278 |
| | 10/16/2023 | $5.23 | 917769 | | 12/11/2023 | $5.07 | 920632 |
| | 03/06/2024 | ($5.07) | 920632 | | 03/06/2024 | $5.07 | 924266 |
| | 03/11/2024 | $5.46 | 924821 | | 04/15/2024 | $8.71 | 926258 |
| | 08/19/2024 | $10.22 | 932033 | | | | |
| FIG NJ18, LLC and Secured Party | | | | | | | |
| | 08/17/2020 | $9.50 | 854306 | | 09/21/2020 | $31.05 | 856124 |
| | 10/19/2020 | $31.05 | 858001 | | 11/16/2020 | $31.05 | 859799 |
| | 12/21/2020 | $31.04 | 861623 | | 01/11/2021 | $31.05 | 863396 |
| | 02/22/2021 | $62.09 | 865104 | | 03/15/2021 | $31.04 | 866934 |
| | 04/19/2021 | $19.86 | 868641 | | | | |
| PRA RECEIVABLES MANAGEMENT LLC | | | | | | | |
| | 07/19/2021 | $8.60 | 8002330 | | 08/16/2021 | $8.63 | 8002383 |
| | 08/16/2021 | $5.94 | 8002383 | | 09/20/2021 | $8.63 | 8002432 |
| | 10/18/2021 | $8.63 | 8002481 | | 11/17/2021 | $8.72 | 8002529 |
| | 11/17/2021 | $5.35 | 8002529 | | 11/17/2021 | $5.73 | 8002529 |
| | 01/10/2022 | $8.72 | 8002633 | | 02/14/2022 | $17.44 | 8002683 |
| | 02/14/2022 | $5.39 | 8002683 | | 06/20/2022 | $6.84 | 8002892 |
| | 07/18/2022 | $8.86 | 8002950 | | 08/15/2022 | $5.29 | 8002997 |
| | 08/15/2022 | $8.85 | 8002997 | | 08/15/2022 | $5.04 | 8002997 |
| | 10/17/2022 | $17.72 | 8003103 | | 05/15/2023 | $15.65 | 8003472 |
| | 05/15/2023 | $6.86 | 8003472 | | 07/17/2023 | $21.98 | 8003582 |
| | 07/17/2023 | $5.77 | 8003582 | | 09/18/2023 | $11.33 | 8003690 |
| | 09/18/2023 | $6.85 | 8003690 | | 10/16/2023 | $10.99 | 8003749 |
| | 11/13/2023 | $10.81 | 8003806 | | 12/11/2023 | $10.81 | 8003859 |
| | 12/11/2023 | $6.71 | 8003859 | | 01/08/2024 | $5.83 | 8003906 |
| | 01/08/2024 | $11.82 | 8003906 | | 03/11/2024 | $11.49 | 8003991 |
| | 04/15/2024 | $5.08 | 8004035 | | 04/15/2024 | $37.17 | 8004035 |
| | 04/15/2024 | $12.43 | 8004035 | | 05/10/2024 | $10.11 | 8004082 |
| | 06/17/2024 | $10.98 | 8004126 | | 08/19/2024 | $22.50 | 8004210 |
| | 08/19/2024 | $8.97 | 8004210 | | | | |
| SPECIALIZED LOAN SERVICING LLC | | | | | | | |
| | 08/17/2020 | $61.25 | 854770 | | 09/21/2020 | $200.20 | 856636 |
| | 10/19/2020 | $200.20 | 858476 | | 11/16/2020 | $200.20 | 859534 |
| | 12/21/2020 | $200.21 | 861346 | | 01/11/2021 | $200.20 | 863150 |
| | 02/22/2021 | $400.41 | 864798 | | 03/15/2021 | $200.21 | 866673 |
| | 04/19/2021 | $75.33 | 868321 | | 04/19/2021 | $128.04 | 868321 |
| | 06/21/2021 | $212.35 | 872021 | | 07/19/2021 | $212.44 | 873829 |
| | 08/16/2021 | $212.43 | 875515 | | 09/20/2021 | $212.39 | 877238 |
| | 10/18/2021 | $212.40 | 879022 | | 11/17/2021 | $214.65 | 880721 |
| | 01/10/2022 | $214.65 | 884010 | | 02/14/2022 | $429.30 | 885692 |
| | 04/18/2022 | $243.98 | 889083 | | 05/16/2022 | $241.25 | 890809 |
| | 06/20/2022 | $52.77 | 892474 | | 06/20/2022 | $167.86 | 892474 |
| | 07/18/2022 | $218.02 | 894213 | | 08/15/2022 | $218.09 | 895774 |
| | 10/17/2022 | $436.10 | 899035 | | 04/17/2023 | $80.85 | 908352 |
| | 05/15/2023 | $385.03 | 909980 | | 05/15/2023 | $169.15 | 909980 |
| | 07/17/2023 | $540.84 | 912951 | | 09/18/2023 | $278.85 | 915956 |
| | 10/16/2023 | $270.38 | 917460 | | 11/13/2023 | $266.08 | 918881 |
| | 12/11/2023 | $266.07 | 920307 | | 01/08/2024 | $291.06 | 921700 |
| | 03/11/2024 | $282.70 | 924492 | | 04/15/2024 | $914.66 | 925908 |
| | 05/10/2024 | $249.47 | 927404 | | 06/17/2024 | $270.24 | 928780 |
| | 08/19/2024 | $553.82 | 931663 | | 09/04/2024 | ($553.82) | 931663 |
| THE BANK OF MISSOURI | | | | | | | |
| | 06/21/2021 | $11.72 | 873076 | | | | |

**Chapter 13 Case # 19-23665**

## SUMMARY

| | |
|---|---|
| Summary of all receipts and disbursements from the date the case was filed, to and including: September 10, 2024. | |
| Receipts: $16,651.00    -    Paid to Claims: $10,712.88    -    Admin Costs Paid: $5,075.75    =    Funds on Hand: $862.37 | |
| Base Plan Amount: $16,428.00    -    Receipts: $16,651.00    =    Total Unpaid Balance: **($223.00) | |

**\*\*NOTE**: THIS IS AN APPROXIMATE BALANCE.  ADDITIONAL ALLOWED CLAIMS AND OTHER VARIABLES MAY  AFFECT THE AMOUNT TO COMPLETE THE PLAN.